AO 121 (Rev. 06/16)

| TO: |  |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |  |
|---|---|---|
| DOCKET NO.          DATE FILED |  |  |
| PLAINTIFF | DEFENDANT |  |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |  |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 |  |  |
| 2 |  |  |
| 3 | . |  |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-448-712

**Effective Date of Registration:**
March 10, 2025
**Registration Decision Date:**
June 11, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Debbie |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | May 03, 2022 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Catherine Frances Rayner |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Catherine Frances Rayner |
| | 1 Cluny Terrace, Edinburgh, EH10 4SW, United Kingdom |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Catherine Frances Rayner |
| **Email:** | hello@catherinerayner.co.uk |
| **Address:** | 1 Cluny Terrace |
| | Edinburgh EH10 4SW United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 10, 2025 |
| **Applicant's Tracking Number:** | CR2025031001 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-441-687

**Effective Date of Registration:**
March 10, 2025
**Registration Decision Date:**
April 15, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Jess |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | May 28, 2022 |
| **Nation of 1ˢᵗ Publication:** | United Kingdom |

## Author

| | |
|---|---|
| •     **Author:** | Catherine Frances Rayner |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Catherine Frances Rayner |
| | 1 Cluny Terrace, Edinburgh, EH10 4SW, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Catherine Frances Rayner |
| **Email:** | hello@catherinerayner.co.uk |
| **Address:** | 1 Cluny Terrace |
| | Edinburgh EH10 4SW United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 10, 2025 |
| **Applicant's Tracking Number:** | CR2025031005 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-441-689**

**Effective Date of Registration:**
March 10, 2025
**Registration Decision Date:**
April 15, 2025

## Title

|  |  |
|---|---|
| **Title of Work:** | Antonio |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | February 09, 2023 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

|  |  |
|---|---|
| **Author:** | Catherine Frances Rayner |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Catherine Frances Rayner |
|  | 1 Cluny Terrace, Edinburgh, EH10 4SW, United Kingdom |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Catherine Frances Rayner |
| **Email:** | hello@catherinerayner.co.uk |
| **Address:** | 1 Cluny Terrace |
|  | Edinburgh EH10 4SW United Kingdom |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 10, 2025 |
| **Applicant's Tracking Number:** | CR2025031004 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-441-690

**Effective Date of Registration:**
March 10, 2025
**Registration Decision Date:**
April 15, 2025

---

## Title

**Title of Work:** Flo

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 09, 2023
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Catherine Frances Rayner
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Catherine Frances Rayner
1 Cluny Terrace, Edinburgh, EH10 4SW, United Kingdom

---

## Rights and Permissions

**Name:** Catherine Frances Rayner
**Email:** hello@catherinerayner.co.uk
**Address:** 1 Cluny Terrace
Edinburgh EH10 4SW United Kingdom

## Certification

**Name:** David Denholm
**Date:** March 10, 2025
**Applicant's Tracking Number:** CR2025031003

Page 1 of 2



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-441-685

**Effective Date of Registration:**
March 10, 2025
**Registration Decision Date:**
April 15, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Rennie |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | August 15, 2022 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Catherine Frances Rayner |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Catherine Frances Rayner |
| | 1 Cluny Terrace, Edinburgh, EH10 4SW, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Catherine Frances Rayner |
| **Email:** | hello@catherinerayner.co.uk |
| **Address:** | 1 Cluny Terrace |
| | Edinburgh EH10 4SW United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 10, 2025 |
| **Applicant's Tracking Number:** | CR2025031002 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-442-255

**Effective Date of Registration:**
March 10, 2025
**Registration Decision Date:**
April 19, 2025

## Title

**Title of Work:** Andrew

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** February 19, 2022
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Catherine Frances Rayner
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Catherine Frances Rayner
1 Cluny Terrace, Edinburgh, EH10 4SW, United Kingdom

## Rights and Permissions

**Name:** Catherine Frances Rayner
**Email:** hello@catherinerayner.co.uk
**Address:** 1 Cluny Terrace
Edinburgh EH10 4SW United Kingdom

## Certification

**Name:** David Denholm
**Date:** March 10, 2025
**Applicant's Tracking Number:** CR2025031007

Page 1 of 2

